*PNRA 175 Shares Various Dates Purchased*

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, John Remorenko, declare as to the claims asserted under the federal securities laws, as follows:

1. I have reviewed this Complaint and authorized its filing;

2. I did not purchase the securities that are the subject of this Complaint at the direction of Plaintiffs' counsel or in order to participate in this litigation;

*2091 ∅*
*2WE ∅*
*484 ∅*
*1280 ∅*

3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary;

4. I conducted the following transactions in securities which are the subject of the Complaint during the Class Period:

**Purchase Date  Stock Symbol  Shares Transacted  Price Per Share**

*0793 ✱ 7/14/2016  25  214.38  PNRA*
*0793   7/12/2016  25  213.88  PNRA*
*1483   8/28/2015  25  180.W*
*1483   9/19/20?  25.W  180.W*
*1483   12/22/2015  50 W  194.27*
*C483   7/5?/2016  25.W  214.37*

5. During the three years prior to the date of this Certification, I have not participated, nor have I sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

6. I have not received, been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this class action, except for: (i) such damages or other relief as the Court may award to me as my *pro rata* share of any recovery or judgment; (ii) such reasonable fees, costs or other payments as the Court expressly approves to be paid to or on behalf of me; *or* (iii) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

I declare, under penalties of perjury, that the foregoing is true and correct. Executed this 28 day of May, 2017, at Cary NC, NC.
[City]  [State]

*[signature: J. Remorenko]*