# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN REMORENKO, *on behalf of himself and all others similarly situated*, | |
| Plaintiff, | Case No.: 4:17-cv-01610 |
| vs. | |
| PANERA BREAD CO., RONALD M. SHAICH, WILLIAM W. MORETON, DOMENIC COLASACCO, DIANE HESSAN, FRED FOULKES, LARRY FRANKLIN, THOMAS E. LYNCH, MARK STOEVER, and JAMES WHITE, | |
| Defendants. | |

## NOTICE CONCERNING RESOLUTION OF PLAINTIFF'S FEE AND EXPENSE APPLICATION AND CLOSING OF THE ABOVE-CAPTIONED ACTION

WHEREAS, on July 14, 2017, Plaintiff filed a Stipulation of Dismissal and Proposed Order dismissing the above-captioned action and reserving the right to submit an application for an award of attorneys' fees and expenses if the claim for fees and expenses could not be resolved through negotiations between Plaintiff and Defendants (the "Fee and Expense Application");

WHEREAS, on July 17, 2017, the Court entered an Order dismissing the complaint in the above-captioned action and retaining jurisdiction solely for consideration of any application for an award of attorneys' fees and expenses, and the case file was administratively closed;

WHEREAS, Plaintiff and Defendants have reached an agreement with respect to the Fee and Expense Application; and

WHEREAS, Plaintiff will not be submitting a Fee and Expense Application to the Court;

THE PARTIES HEREBY SUBMIT NOTICE that the above captioned action should remain irrevocably closed by the Court for all purposes.

Dated:  February 8, 2018                    Respectfully submitted,


**CAREY, DANIS & LOWE**

_/s/    James J. Rosemergy_

James J. Rosemergy MO50166
Carey, Danis & Lowe
8235 Forsyth, Suite 1100
St. Louis, MO 63105
314-725-7700
jrosemergy@careydanis.com

**OF COUNSEL:**

Donald J. Enright (denright@zlk.com)
Elizabeth K. Tripodi (etripodi@zlk.com)
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone:  (202) 524-4290

_Attorneys for Plaintiff_


**THOMPSON COBURN LLP**

_/s/    Lawrence C. Friedman (by consent)_

Lawrence C. Friedman MO#34382
One US Bank Plaza
St. Louis, MO 63101
314-552-6039
314-552-7000 (fax)
jfriedman@thompsoncoburn.com

_Attorneys for Defendants Panera Bread
Co., Ronald M. Shaich, William W.
Moreton, Domenic Colasacco, Diane
Hessan, Fred Foulkes, Larry Franklin,
Thomas E. Lynch, Mark Stoever, And
James White_

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing was filed on February 8, 2018, using the Court's ECF system, and served upon all counsel of record thereby.

<u>/s/ James J. Rosemergy</u>
James J. Rosemergy